IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES HAMNER**                                                                       **PLAINTIFF**
**ADC #143063**

V.                              **Case No. 2:22-CV-00137-JM**

**JOHN FELTS**, *et al*.                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 6th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE